ADAM GORDON
United States Attorney
MARK R. REHE
Assistant U.S. Attorney
California Bar No.: 192517
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7986
Email: mark.rehe@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25CR01397-TWR |
|---|---|
| Plaintiff, | Date: May 30, 2025<br>Time: 10:30 a.m. |
| v. | Honorable Todd W. Robinson |
| LORETO CARRILLO-CARRILLO, | **THE UNITED STATES' SENTENCING SUMMARY CHART** |
| Defendant. | |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Mark R. Rehe, Assistant U.S. Attorney, files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: April 29, 2025                              Respectfully submitted,

                                                                           ADAM GORDON
                                                                           United States Attorney

                                                                           /s/*Mark R. Rehe*
                                                                           Assistant United States Attorney

SENTENCING SUMMARY CHART
[ ☐ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: May 30, 2025

USPO ☐
AUSA ☒
DEF ☐

Defendant's Name: Loreto Carrillo-Carrillo        Docket No.: 25CR01397-TWR

Attorney's Name: Mark R. Rehe        Phone No.: (619) 546-7986

Guideline Manual Used: November 1, 2023        Agree with USPO Calc.: Yes ☐ No ☐

| | |
|---|---|
| Base Offense Level(s): U.S.S.G. § 2L1.2(a): Removed Alien Found in the U.S. | 8 |
| Specific Offense Characteristics: | |
| | |
| | |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | |
| Adjusted Offense Level: | 8 |

☐ Combined (Mult. Counts)    ☐ Career Off.    ☐ Armed Career Crim.

| | |
|---|---|
| Adjustment for Acceptance of Responsibility (USSG § 3E1.1(a) & (b)) | -2 |
| Adjustment for Zero-Point Offender (USSG § 4C1.1(a)) | |
| Total Offense Level: | 6 |

Supervised Release Range (based on Total Offense Level): 1 to 1 years   (USSG § 5D1.2(a)(3))

Fine Range (based on Total Offense Level):   $1,000 to $9,500   (USSG § 5E1.2(c)(3))

| | |
|---|---|
| Criminal History Score: | 1 |
| Criminal History Category: | I |

____ Career Offender        ____ Armed Career Criminal

Guideline Range:                                                    from   0 mths
(Range limited by: _____ minimum mand.  _ statutory maximum)      to     6 mths

Departures:

Downward variance per 18 U.S.C. § 3553(a) (see Plea Agreement § X(F) & fn. 2)       -2

Resulting Guideline Range: Adjusted Offense Level  4                from   0 mths
                                                                     to     6 mths

GOVERNMENT RECOMMENDATION:

60 days in custody; 1 year of supervised release as added deterrence (given defendant's unauthorized return to the United States just days after his last deportation); no fine; and no special assessment.

DEFENDANT NAME: LORETO CARRILLO-CARRILLO

CRIMINAL CASE No.: 25CR01397-TWR

## RAP SHEET SUMMARY CHART

| CONVICTION DATE | COURT OF CONVICTION/ CASE # | CHARGE | TERM OF IMPRISONMENT | POINTS |
|---|---|---|---|---|
| 4/3/2025 | USDC SOUTHERN DISTRICT OF CALIFORNIA #25CR01085 | 8 USC 1325 ILLEGAL ENTRY (M) | 22 DAYS BOP (TIME-SERVED) | 1 |
|  |  | TOTAL POINTS |  | 1 |
|  |  | CRIMINAL HISTORY CATEGORY |  | I |
|  |  | DEPORTATIONS |  | 2 |
|  |  | DATE OF MOST RECENT DEPORTATION (PHYSICAL REMOVAL) |  | 04/04/25 |
|  |  | DATE OF ORDER OF FIRST DEPORTATION |  | 10/14/24 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28